I want to thank you for your patience. You want to replace orientation. You want to preserve orientation as it was for many future generations. Preserving open space and natural habitat is an essential value. We're supposed to live in accessible branches. We're supposed to encourage by providing a test to determine whether or not you're a member of Section 178 of the Trans-Union Conservation Agency. If you protect your branch from irrevocable pollutants, you've subversively done more. You've disposed those radicals to all of our branches. You've removed some of the conservation needs from all of your branches. You've eliminated some of those branches, requiring that all of those branches have some of the critical resources needed to maintain a separate, single ownership, and providing the introduction of non-new species and interoperational development. In this case, the Conservation Agency is subject to the funding by the Uncertainty Communication Committee, by which I refer to the uncovered and then incredible testimony of recognized experts in some of the value of the Conservation Agency. It's those experts who, on the basis of their knowledge and experience in local and urban areas, have essentially nullified Section 178's rules. It's, of course, the farmers' responsibility to reverse this very sort of thing. We've already established that conservation is a religious discretion. A lot of the thinking is, well, for us to verify that there are these things that are considered to have a meaning of conservation. So, we've enabled them to have some of these relevant institutions, some of the relevant institutions, some of the relevant institutions. So, if you have a mission for a farmer, obviously, there are a number of different ways in which you can conserve your legacy. It's the ability to put people through the race. But, if you have a strong bond with a community, for example, around Texas, for example, I have a sister of mine who already said to me, well, I'm going to go put down something. Well, Texas is a testament to that, that you drive and measure responsibility. Okay. So, my question is, as an appraiser, to consider these new institutional codes in the context of the appraiser, is the mention of the strong doctrine of discretionary rules by the appraiser, but considering access to the needs of the person, and the access to the rights of the self, somehow correlated with tenure development and technology. And, is this something that's now going into the area of subdivision and property? Well, my question is, does an appraiser have to consider discretion by the rules of the appraiser in terms of access? Or, does an appraiser show that you basically have to consider the technical elements of an appraiser in the context of the appraiser? And, does this include the appraiser's existence? Well, I think the appraiser, as part of an appraiser, is not permitted. Subdivision is not permitted. And, it's still being maintained by the appraiser. Is there a limitation on the use of subdivision? No. No. No. No. I believe, Your Honor, that subdivision use is consistent, and the appraiser must be able to do it. Subdivision is not permissible. Subdivision is not permissible. Subdivision is not permissible. Subdivision requires that there are single standards, and some of these things have to be used in the right way, and it's consistent. Both with tenure development and in terms of subdivision. If the appraiser shows inclusion, are you submitting any proposals to the appraiser in order to support their interpretation? Well, first of all, Your Honor, I think as a matter of law, the interpretation of single standard use to include tenure and social development is wrong as a matter of law. There's nothing in the phrase single standard use that limits the type of use that an authority may use. So, what you mean is just that by saying, this is a property that is actually within the scope of the property owner's own use, isn't subdivision of the property owner's respective view of the space variables of use further defining the use to include things that are in the scope of the property owner's own use? Well, the appraiser is also right to claim that the appraiser controls the use of the property. This is a move out of an appraiser's process. There's a lot of new sub-regulations that are added to the appraiser's report, but it's very restrictive. So, when you say single family, it doesn't matter how many single families there are, as long as each person within each family is one. That's correct, Your Honor. So, she would like to see what sub-subjects are within the context of the local story where ancestors were crafted to try to manage that. I just wanted to clarify that you talked, you know, you talked about it, you know, you had it in your mouth. And so, she turns towards it as something positive. And if you could just clarify how you think that she thinks you're viewing it in terms of her experience. Well, thank you, Your Honor. I think we can look to the zoning ordinance itself, because the zoning ordinances are specific to the state of North Carolina. So, you're saying the process of making the contract is based on the process of making the contract? Which process? Why do you say that the process is based on the process of making the contract? You can answer that, Your Honor. There's a reason for that. I appreciate you giving me that answer. So, you're saying that the process of making the contract is based on the actions of the city? Yes, Your Honor. The zoning itself is specifically on miles per acre, specifically on miles per 40 acre parcels. And those regulations were brought in to be able to have a consensus that, in fact, the Kaiser has just amended the whole agricultural development and rural subdivision. If you agree with you, then we can establish the universal legal rights of the individual on a property zero. Can we ask for a renaming or a renaming to something on a property zero? And can we do that? Well, a renaming is a default. It's a miniseries. It is a miniseries. First of all, it's not a test group. Shortly after, it's a non-replacement. It's one of the most precise and efficient. And, Your Honor, having been formed as a major test group, some folks wanted to incorporate or re-evaluate the evidence as it would have been presented to the prior respondents. We think because the evidence is unconstructed and there's no universal credibility for you to do it. If you agree with you, Your Honor, how do you think you can prove what you've produced is valid for the period of the contract? So, how much time do you want to have for two years and how long do you want to have for that? Your Honor, we'd much rather have a re-trial than not have any further opportunities at all. But we think, Your Honor, that the status of the law in the context of each of these findings, which are unconstructed and universal credibility, just to me, is not the responsibility to test on the common value of this case and the reasons. Well, thank you, Your Honor. Your Honor, I'm sorry if I didn't answer your questions too. It's just that I'm excited to hear your questions and to hear your answers as well. It's the fact, Your Honor, that there's a single ownership. I don't know if I can say that. You know, we hate to call it opposing causes, Your Honor. But, you know, most of us have jobs, which makes sense. And, you know, we're all professionals, Your Honor. And we're all just doing this for our own distribution. So there would be a need to read in and be fluent in our own terms. Thank you, Your Honor. I'm sorry if I didn't answer your questions. Your Honor, I'm sorry if you weren't caught up in the process of the findings, which you suggested, that we discuss. So, if you could please follow up on your answers and respond to our questions, Your Honor. Your Honor, your time of release is over. Thank you. Thank you, Your Honor. Your Honor, thank you. Thank you. Thank you very much. Thank you, Your Honor, my pleasure, thank you, Your Honor. Um, there is a total of 50 credentials and topics in the appearance. So, for our 451st climb, and, um, please be assured that your graduation memories, unfortunately, cannot get through the way that college potentials, collective accomplishments, and accepting such an opportunity is more than one-quarter of your total compressed information. So, it's only one-quarter of the information you collect that you will be able to access. Um, the access connections are great. You know, if you're just trying to be a task force, you need somebody that takes on the task force, who, um, balances, um, discussions over a couple hundred hours, and, um, is able to give you the most up-to-date information. Um, um, um, um, um, um, um... And, um, um, um, um, um, um, um... Um, so that's, um, so it's a very long call, which, of course, in turn, I'm describing, if you don't know your class, you know, what you're going to be doing. Um, and, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um, um... to the birds. But, um, what I'm describing is my own set of extensions. When you're in initiative of extension, you kind of get to take some common uses of tools, Um, but esa takes um, the  introducing extraordinary factors or interests in execution during some kinds of situations. And, um, the one interesting aspect is, um, the subject of the course is some type of business analysis and some specific topics or particular um, smaller space of business that require me to try to be on notice outside of the current discipline in terms of academic analysis. Um, I don't have a specific thing about this course             because           I don't have a specific thing about this course. Um, I don't have Um, um, I don't have
judges: McKeown, Friedland, Boulware